ELIZA B. HAWLEY ET AL., APPELLANTS, V. ALBERT C. POUND
ET AL., APPELLEES.

FILED MARCH 8, 1906.   No. 14,072.

APPEAL from the district court for Washington county:
LEE S. ESTELLE, JUDGE.   *Affirmed.*

*Herman Aye, R. S. Hall, G. W. Covell* and *Wright &
Stout,* for appellants.

*John C. Cowin, W. C. Walton, D. Z. Mummert, I. C.
Eller, Clark O'Hanlon* and *E. B. Carrigan, contra.*

JACKSON, C.

The issue in this case is identical with that in *Hawley
v. Von Lanken,* 75 Neb. 597, and following the conclusion
there reached we recommend that the judgment of the
district court be affirmed.

DUFFIE and ALBERT, CC., concur.

By the Court: For the reason stated above, the judgment
of the district court is

AFFIRMED.